UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

Joe Julian Acree, Plaintiff(s)
(Full Name)

v.

U.S. Supreme Court, Defendant(s)

Obergefell vs. Hodges, #14-556 decision

FEB 2 0 2020

PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk

Case No. _____
(To be supplied by the Clerk)

**COMPLAINT**

CIV 20-054-KEW

A. **PARTIES**

1) Joe Acree, is a citizen of Oklahoma
   (Plaintiff)                        (State)

   who presently resides at P.O. Box 668, Okmulgee, Oklahoma 74447
   (mailing address, if different from residence)

2) Defendant Same as above _____ is a citizen of
   (Name of first defendant)
   _____, and is employed
   (City, State)
   as _____.
   (Position and title, if any)

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____, and is employed
   (City, State)
   as _____.
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. **JURISDICTION**

1) Jurisdiction is asserted pursuant to _This case is in the Federal realm. Supreme Court, Obergefell vs. Hodges. #14-556 decision._

C. **NATURE OF CASE**

1) Briefly state the background of your case. _The long and difficult same-sex marriage debate. However, the solution is short, simple, factual, and is true and valid from now and forever more!!_

D. **CAUSE OF ACTION**

I allege the following:

1: _Justifying same-sex marriage on the basis of civil rights and equality, etc., is the wrong choice and has absolutely no value._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)
_Please see my enclosed Introduction and Petition of February 10. Introduction is February 19._

2: _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

February 19, 2020

# INTRODUCTION

(1) **This introduction concerns** Obergefell versus Hodges, Supreme Court #14-556. I am challenging that decision – or any others like it. I am challenging it because the <u>evidence</u> presented to The Supreme Court was the <u>wrong</u> choice of evidence. The Supreme Court was thus denied the evidence that they were rightfully entitled to receive. **My contention then is not with a person. My contention is with the <u>evidence</u>** that was presented – that evidence being that the case was a civil rights/equality type case in favor of same-sex marriage. Civil rights/equality is <u>not relevant</u> to neither the issue nor the case – which I clearly show in my following Petition. Also, there is endless wrangling over which interpretation and application of those rights is the right one; however, the full truth of the matter that I present in my Petition bypasses <u>all of that</u> in only four pages. I will use the following analogy to illustrate.

(2) A beautiful house is built. It is finished and we move in. We love our home, and we enjoy having our friends over and raising our family in it. However, it was built too close to the dampness of the ground. In due time it will deteriorate and perhaps some day even fall apart. It had no foundation to rest upon and separate it from those elements. The house is our nation – the nation that we all love. It is a "house" of great rights and privileges – but, unlike the illustration of the first house, our Nation was built on a foundation – **the foundation of MORALITY**. That strong foundation **supports and defines** the integrity and **meaning** of what rests above on it – our "rights and privileges." In other words, how we use our civil rights and equality. It is a foundation of timeless <u>values</u> that we must never forget. If we are not faithful to that, **we have betrayed all those that came before us.** In my February 10 presentation enclosed, I state my case concerning that foundation and its role, relevance, and accuracy to the issue at hand.

Joe Acree

Joe Julian Acree
(Natural born citizen, USA)
February 10, 2020

US District Court
101 North 5th Street
Room 208
Muskogee, OK 74401

<u>A Petition to The Court</u>
(bold added for convenience and to emphasize a central theme and purpose)

I AM ASKING THE COURT TO DECLARE THAT SAME-SEX MARRIAGE IS A MORAL ISSUE – NOT A CIVIL RIGHTS/EQUALITY ISSUE

(1) It is my voice that same-sex marriage viewed in terms of a civil rights/equality issue is lacking. There is the moral component. I submit that recognition of same-sex marriage should not be considered a civil rights/equality issue. It is a 100% moral issue. The deep divide of our citizenry concerning this matter is evidence of that. Trying to justify same-sex marriage is like attempting to put a square peg into a round hole. A carpenter's nightmare and a beginner's folly. Nevertheless, if there truly are those whose body chemistry is in the wrong body, I sympathize with them. They have been dealt a difficult and unfortunate hand through no fault of their own. We all need to work, make a living, and get along with each other; however, I am very thankful that I am straight – not gay. Perhaps a gay person might then complain that something like that is easy for me to say because I am straight and can have all the marriage and companionship that I want. Well, I am seventy-five years old at this writing, and I have spent far more years alone than with – and I also have no children to love and remember!! Thus, a comment like that to me is of no value. Gay people must share-the-road with the rest of us on this matter. To not do so is not equality. It is favoritism. I admonish The Court to rule and recognize same-sex marriage for what it actually is – a moral issue and **return this issue back to the States and the people to decide.** ". . . all men are created equal . . . ."[1] That's true – but equal rights also means equal responsibility. Same-sex activity and marriage has never been complimentary throughout history that I know of – and the accepting of same-sex marriage continues to increase over time in our country. Again, I am seventy-five years old and have seen a few times come and go. Our nation is digressing not progressing in this regard. The judgment that I am asking for is enduring and lasting for all time and any time. I admonish The Court to free itself from this historic debacle. Please step back and take a fresh look. Let each State therefore bear the responsibility concerning this marriage issue on their shoulders and each citizen and soul individually bear the responsibility for their choice and voice when we each one of us stand before the Eternal and Almighty God in judgment.[2]

---

1   Declaration of Independence, 1776 (archives.gov/founding-docs/declarati...)
2   ". . . God gave them up to dishonorable passions. For their women exchanged natural relations for those that are contrary to nature; and the men likewise . . . ." Romans 1:26-27, English Standard Version

(2) The Declaration of Independence though it addresses something that is certainly not our task here today – that is, a revolution – we can nevertheless see in it a parting-of-the-ways between us and another country (England) over **principles** involving "the laws of Nature and of **Nature's God**."[3] Further, during the Civil War era, a government policy was even influenced on this concerning our coinage – apparently without dissent or challenge and was instituted in a very noteworthy **matter-of-fact way**. If there was dissent, it failed. For perspective, it could also be pointed out that the older people of that generation, as compared to those of us today, were not all that far removed from the generation that wrote the Declaration of Independence and the Constitution and the culture, beliefs, and intents of that founding time. Thus, I quote the following:

> *(3) The motto IN GOD WE TRUST was placed on United States coins largely because of the increased religious sentiment **existing** during the Civil War. Secretary of the Treasury Salmon P. Chase received many appeals from devout persons throughout the country, urging the United States recognize **the Deity** on United States coins. From Treasury Department records, it appears that the first such appeal came in a letter dated November 13, **1861**. It was written to Secretary Chase by Rev. M. R. Watkinson, Minister of the Gospel from Ridleyville, Pennsylvania, and read: "... One fact touching our currency has hitherto been **seriously overlooked**. I mean the **recognition of the Almighty God** in some form on our coins . . . ." As a result, **Secretary Chase instructed** James Pollock, Director of the Mint at Philadelphia, to prepare a motto, in a letter dated November 20, 1861: "Dear Sir: **No nation** can be strong except in the strength of God, or safe except in His defense. **The trust of our people in God should be declared** on our national coins. You will cause a device to be prepared **without unnecessary delay** with a motto expressing in the fewest and tersest words possible **this national recognition**.*[4]

(4) Myself, I come from a Pearl Harbor family. My mother's brother went down with the Arizona. His name is on the Memorial there. As a result of that attack, America declared war. Mother's parents (my grandparents and parents of the deceased) lived not far away from us and helped raise me when I was age one and onward while Mom and Dad worked. Her grandfather – my great-grandfather – had moved into my grandparents house because of his increasing age. In his room was a large Bible conveniently located for reading. I learned at an early age the meaning of loss and tragedy and putting trust and hope in something greater than we are.

> *(5) "With confidence in our armed forces – with the unbounding determination of our people – we will gain the inevitable triumph – so help us God."*[5]

---

3   Declaration of Independence
4   Treasury.gov/about/education/Pages/i...
5   Transcript of Joint Address to Congress, Declaration of War Against Japan, 1941. (www.ourdocuments.gov)

(6) My great-grandfather mentioned above was born in 1872!! The Civil War ended 1866/67. His birth was only five or six years after the Civil War ended. Though I was very young, I remember him with his big mustache, his room, and his Bible. He was a retired blacksmith. In that regard, I am a living connection with that part of our history of long ago – the post Civil War era. Amazing. He passed away at age 83.

(7) So what does all this mean? It simply means this. Regardless of opinions and trends along the way, when the "chips" are really down from the American Revolution to the Civil War to Pearl Harbor and even unto today, when the "chips" are really down and difficult where do we look for comfort and guidance and hope? We look to God more than anything else. Thus, there is nothing new about what I am saying and proposing here concerning our Nation. **God has always been here!**

(8) To begin concluding, a Queen, a King, an Assembly, or whatever of a group, tribe, or a nation, and if the people respect the leadership and the leadership respects the people almost any form of organization will work – and perhaps extremely well. However, it is the rights and morals that define and describe that people – and has throughout history. If we were digging in the sand somewhere at a ten-thousand year old site and we found some coinage that said "**In God We Trust**," it would speak of the people that made that coinage and the civilization that they flourished in. Such is on our money today, and it came from a real idea and a real people. It is all connected from way back then to all of us today. It is a **living trail of evidence** that leads us across the generations all the way back to the The Revolution and its founding faith, strength, and inspiration.

(9) Further, it is my voice that God's existence is a fundamental truth, and His most basic moralities reign. So what about science in all this? Are we only just another monkey? Well, despite the great benefit that science is for all of us, science is somewhat of a narrow-minded endeavor – and has had many revisions. It is basically dependent on what it can see, measure, and observe, etc. – and with an interpretation following that. Sincerely and with all due respects (I enjoy science as much as anyone), it has the perfect alibi when it misses-the-mark – which is, "Well, we now know." Well why didn't you know in the first place? To continue, what really are things like good and evil. What is compassion and rejection. We can see the effects, but just what really are they. Further, everywhere we look in nature there is art, form, and purpose. What source gave original purpose to all those things? Such a source would rightfully be a creator – would it not! To believe otherwise defies common sense, would be outrageous, and of no value for us. You don't get something from nothing. This could just go on and on. Something is missing somewhere, but it all points to one thing. Something somewhere is calling the shots or at least the beginning starts. In other words, intelligence – intelligence, intelligence, intelligence. "The fool says in his heart, 'There is no God'"[6] – a very thought provoking statement and message handed down to us from **ancient** of days.

---

6   Psalm 14:1, English Standard Version

4 of 4

(10) In closing then, it is my understanding that law enforcement are allowed to do certain things if it is **reasonable** for them to believe. I submit and ask that when our founders voted on "no law respecting an establishment of religion"[7] is it not therefore **reasonable** for us to believe that they were not throwing good, basic, Biblical morals to the wind! Indeed, such motivated and inspired such things as ". . . endowed by their Creator. . . ."[8] Thus is it not **reasonable** for us to believe that same-sex marriage is a moral issue – not a civil rights/equality issue? Recall when we were small children and our parents – perhaps weary of our endless wrangling about something – exclaimed in frustration, "**Because** I said so!" I submit that same-sex marriage is a moral issue. Why? **Because** we say so. And in the adult world, we call that **interpretation.**

Respectfully yours,

*Joe Acree*

Joe Acree

---

7  Amendment I, 1791, Constitution of the United States (senate.gov/civics/constitution_item/c...
8  Declaration of Independence